IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:25-mj-00328 |
| Plaintiff, | : | |
| v. | : | MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND |
| SCOTT HANNA, | : | ARREST WARRANT |
| Defendant, | : | |

Now comes the United States Attorney and respectfully moves this Court for an Order that the Criminal Complaint, Affidavit and Arrest Warrant be sealed and kept from public inspection until such time as ordered by this Court. As grounds for this motion, the government respectfully submits that public disclosure of these documents at this time could alert Defendant to this matter and could potentially result in his flight from prosecution.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
E-mail: Ryan.Saunders2@usdoj.gov