IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA     :     CASE NO.  3:25-mj-328-CHG

       v.               :

SCOTT HANNA               :     MOTION TO UNSEAL CASE

---

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed now that Defendant has been arrested.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/ Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Motion was served the same day as filing by virtue of the ECF system to counsel of record.

s/ Ryan A. Saunders
RYAN A. SAUNDERS