IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25-mj-325-CHG |
| v. | : | |
| SCOTT HANNA | : | ORDER UNSEALING COMPLAINT AND ENTIRE CASE |

IT IS HEREBY ORDERED that the Complaint filed herein on August 1, 2025, and the entire case be unsealed by the Clerk of Courts.

Date: 8/1/25

CAROLINE H. GENTRY
U.S. MAGISTRATE JUDGE