# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-328 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| SCOTT HANNA, | : | |
| Defendant. | : | |

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

This case is before the Court upon Defendant's request for appointment of counsel pursuant to 18 U.S.C. §3006A. The Court concludes that Defendant is financially unable to obtain counsel.

**IT IS ACCORDINGLY ORDERED** that Dennis Lieberman, of the Criminal Justice Act Panel for the Southern District of Ohio, is appointed as counsel to represent Defendant in this case.

August 1, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge