# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-328 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| SCOTT HANNA, | : | |
| Defendant. | : | |

## ORDER OF TEMPORARY DETENTION

Upon motion of the United States of America, it is ordered that a detention hearing is set for August 7, 2025 at 3:30 p.m. before United States Magistrate Judge Peter B. Silvain, Jr., at Walter H. Rice Federal Building and U.S. Courthouse, 200 West Second Street, Courtroom #5, Dayton, Ohio.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

August 1, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge