AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>SCOTT HANNA<br><br>*Defendant* | )<br>)  Case No. 3:25-mj-00328<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SCOTT HANNA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Interstate Communications with a Threat to Injure, in violation of 18 U.S.C. § 875(c)

Caroline H. Gentry
United States Magistrate Judge

Date: July 31, 2025

City and state: Dayton, Ohio

### Return

This warrant was received on *(date)* 7/31/2025, and the person was arrested on *(date)* 8/1/2025
at *(city and state)* Miami Township, OH.

Date: 8/1/2025

Special Agent Patrick Gragen
*Printed name and title*