**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. _____ . 062 |
| **Plaintiff,** | |
| | JUDGE  MICHAEL J. NEWMAN |
| **vs.** | |
| | **INDICTMENT** |
| **SCOTT HANNA,** | **18 U.S.C. § 875(c)** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**[Interstate Communications with a Threat to Injure]**

On or about July 31, 2025, in the Southern District of Ohio, the defendant, **SCOTT HANNA**, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly and intentionally transmitted in interstate commerce a communication containing a threat to injure another person, to wit: defendant, while in the State of Ohio, posted on X with username @generalquinny the following threat viewable in another state:



All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____
**RYAN A. SAUNDERS**
**Assistant United States Attorney**

2