# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 3:25-CR-62** |
| Plaintiff | : | **JUDGE NEWMAN** |
| vs. | : | |
| **SCOTT HANNA** | : | |
| Defendant. | : | |

## MOTION TO PAY PSYCHOLOGIST

Defendant, Scott Hanna, hereby moves this Court to authorize the payment for the psychological services tendered by Dr. Tillie in his examination and report in the above-captioned matter. The reasons for this Motion are more fully set forth in the Memorandum in Support hereof.

    Respectfully submitted,

/s/ Dennis A. Lieberman
Dennis A. Lieberman (0029460)
Flanagan, Lieberman & Rambo
10 North Ludlow Street, Suite 200
Dayton, Ohio 45402
Telephone: (937) 223-5200
lieberman@flrlegal.com

/s/ Jessica Andress
Jessica Andress (97104)
Flanagan, Lieberman & Rambo
10 North Ludlow Street, Suite 200
Dayton, Ohio 45402
Telephone: (937) 223-5200
andress@flrlegal.com

## MEMORANDUM IN SUPPORT

The Court appointed Dr. Tillie to conduct an examination of Scott Hanna relating to his competency to stand trial and his sanity at the time of the offense. Mr. Hanna is indigent and has been appointed CJA counsel to represent him. Counsel has requested the competency and sanity review and is asking this Court to order the payment of such a report by Dr. Tillie.

Respectfully submitted,

/s/ Dennis A. Lieberman
Dennis A. Lieberman (0029460)
Flanagan, Lieberman & Rambo
10 North Ludlow Street, Suite 200
Dayton, Ohio 45402
Telephone: (937) 223-5200
lieberman@flrlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system upon counsels of record.

/s/Dennis A. Lieberman
Dennis A. Lieberman (0029460)